UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229 CIV-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

BOEING EMPLOYEE'S CREDIT UNION, a Washington corporation,

    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536, her engines, tackle and appurtenances, In rem, and CHARLES E. THOMAS, In personam,

    Defendants.

_____/

**CERTIFICATE OF EXIGENT CIRCUMSTANCES
PURSUANT TO LOCAL RULE B(3)(B)**

COMES NOW, the Plaintiff BOEING EMPLOYEE'S CREDIT UNION, by and through their undersigned counsel, hereby certifies to the existence of exigent circumstance and state as follows:

1.    Plaintiff and undersigned counsel have been informed the subject vessel is currently within the district and is capable of and is believed to be about to sail out of the district.

2.    Further Plaintiff and undersigned counsel have every reason to believe the vessel will not return to the district as a result of the owners default on the mortgage which is the subject of the Complaint and the Plaintiff's attempt to arrest the vessel.

_____
PATRICK E. NOVAK
Florida Bar No. 838764
HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiff
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone:    305/670-2525
Fax:    305/670-2526