UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229 CIV-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

BOEING EMPLOYEE'S CREDIT UNION, a Washington corporation,

Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536, her engines, tackle and appurtenances, In rem, and CHARLES E. THOMAS, In personam,

Defendants.
_____/

STATE OF FLORIDA  )
                  )SS.
COUNTY OF DADE    )

## VERIFICATION

BEFORE ME, the undersigned authority, personally appeared NILS LINFORS, JR. who, being duly sworn and deposed, says he is the attorney for BOEING EMPLOYEE'S CREDIT UNION, the Plaintiff herein; that he has read the foregoing Complaint and the allegations contained therein are true and correct to the best of his personal knowledge, information and belief or knowledge, information and belief acquired by him in the ordinary course of business; that this verification has not been made by BOEING EMPLOYEE'S CREDIT UNION because time is of the essence and BOEING EMPLOYEE'S CREDIT UNION is not within the District; that the source of his knowledge and belief is information provided by BOEING EMPLOYEE'S CREDIT UNION;

CASE NO.

and that he is authorized to sign this verified complaint on behalf of BOEING EMPLOYEE'S CREDIT UNION.

_____
NILS LINFORS, JR.

The foregoing instrument was acknowledged before me by NILS LINFORS who is personally known to me and did take an oath.

IN TESTIMONY WHEREOF, I have hereto set my hand and seal this 16th day of February, 2000.

_____
Notary Public
State of Florida, at Large

My commission expires:

OFFICIAL NOTARY SEAL
IVETTE ROMERO
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC817741
MY COMMISSION EXP. MAR. 15 2003