UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229 CIV-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

BOEING EMPLOYEE'S CREDIT UNION, a Washington corporation,

    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536, her engines, tackle and appurtenances, In rem, and CHARLES E. THOMAS, In personam,

    Defendants.
_____/

### MOTION FOR LEAVE TO SHIFT VESSEL

COMES NOW, the Plaintiff BOEING EMPLOYEE'S CREDIT UNION, by and through its undersigned attorneys, respectfully requests the Court enter an Order authorizing the substitute custodian National Liquidators, Inc., to tow or otherwise move the P/V GLOBAL VILLAGE, O.N. 994536 from its present location at 4 Sunset Lane, Pompano Beach, Florida or the docks adjacent thereto and safely relocate the vessel at National Liquidators facility at 1915 S.W. 21st Avenue, Ft. Lauderdale, FL where it will remain during the pendency of this arrest unless otherwise ordered by the Court.

National Liquidators has agreed to act as substitute custodian and can provide dockage, security, and necessary maintenance to keep the vessel safely afloat while cost effectively at its own facility rather than a marina owned and operated by a third party. Decreased custodial costs are for the benefit of all claimants and owners in keeping the cost of arrest to a minimum.

WHEREFORE, Plaintiff respectfully requests the entry of an order granting the substitute custodian National Liquidators authority to shift the vessel.

DATED this 16th day of February, 2000.

Respectfully submitted,

NILS LINFORS, JR.
Florida Bar No. 193257

HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiff
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone:      305/670-2525
Fax:         305/670-2526