UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229 CIV-UNGARO-BENAGES
MAGISTRATE JUDGE BROWN

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

    Defendants.
_____/

### CONSENT AND INDEMNIFICATION AGREEMENT
### FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

    The Plaintiff, BOEING EMPLOYEE'S CREDIT UNION, by and through its undersigned counsel, and G. Robert Toney & Associates, Inc. d/b/a/ National Liquidators, the proposed Substitute Custodian, hereby expressly release the United States Marshal for this District and the United States Marshal's Service from any and all liability and responsibility for the care and custody of the P/V GLOBAL VILLAGE while in the custody of the substitute custodian National Liquidators.

    The substitute custodian, National Liquidators, has appropriate insurance coverage in place. Plaintiff and National liquidators also expressly agree to hold the United States Marshal for this District and the United States Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

    As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for and



CASE NO.

on behalf of the Plaintiff.

SIGNED this 16th day of February, 2000, at Fort Lauderdale, Broward County, Florida.

_____          _____
NILS LINFORS, JR.                        G. ROBERT TONEY
Florida Bar No. 193237                   National Liquidators
HORR, LINFORS, SKIPP & NOVAK, P.A.       1915 S.W. 21st Avenue
9100 South Dadeland Boulevard            Fort Lauderdale, Florida 33312
Suite 1001, Datran One                   Telephone: (305)791-9601
Miami, Florida 33156
Telephone: (305)670-2525


STATE OF FLORIDA    )
                    ) SS:
COUNTY OF           )

The foregoing instrument was acknowledged before me this 16th day of February, 2000, by G. Robert Toney, who is personally known to me and did take an oath.

IN TESTIMONY WHEREOF, I have hereto set my hand and seal this 16th day of February, 2000.

_____
NOTARY PUBLIC
State of Florida at Large

My commission expires:

CONRAD R. BARLOW
MY COMMISSION # CC 630005
EXPIRES: March 18, 2001
Bonded Thru Notary Public Underwriters