UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. = 6229

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

    Defendants.
_____/

CIV - UNGARO - BENAGES

MAGISTRATE JUDGE
BROWN

## MOTION FOR ORDER DIRECTING ISSUANCE OF WARRANT OF ARREST

The Plaintiff BOEING EMPLOYEE'S CREDIT UNION, by and through its undersigned counsel, moves this Court for an Order Directing Issuance of a Warrant of Arrest pursuant to Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure. This Motion is based upon the Complaint filed herein.

The Verified Complaint sets forth a claim for enforcement of a maritime lien for a first preferred ship mortgage against the pleasure vessel GLOBAL VILLAGE, In rem, Inasmuch as Plaintiff has set forth therein a prima facie showing that an action In rem exists, in that said Defendants are indebted to Plaintiff as set forth in the Verified Complaint and has executed and delivered to Plaintiff a promissory note and first preferred ship mortgage on the pleasure vessel GLOBAL VILLAGE upon which Plaintiff forecloses, that said action support a Warrant of Arrest of the pleasure vessel GLOBAL VILLAGE and said pleasure vessel is currently within the District, Plaintiff respectfully requests that the Court grant its Motion for Order of Issuance of a Warrant of



HORR, LINFORS, SKIPP & NOVAK, P.A.
SUITE 1001 - ONE DATRAN CENTER - 9100 S. DADELAND BOULEVARD - MIAMI, FLORIDA 33156 - TEL. (305) 670-2525

Arrest of the pleasure vessel GLOBAL VILLAGE.

DATED this _16_ day of February, 2000.

                                              Respectfully submitted,

                                              _/s/ Nils Linfors_
                                              NILS LINFORS, JR.
                                              Florida Bar No. 193257

HORR, LINFORS, SKIPP & NOVAK, P.A.
9100 South Dadeland Boulevard
Suite 1001, Datran One
Miami, Florida 33156
Telephone: (305)670-2525