UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY



CASE NO.

00-6229

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

        Plaintiff,

vs.

CIV - UNGARO - BENAGES

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

MAGISTRATE JUDGE
BROWN

        Defendants.
_____/

## WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL

FOR THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

    The Verified Complaint in the above-styled In rem proceeding was filed in the ~~Fort Lauderdale~~ Division of this Court on 2/16/00.

    In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel *GLOBAL VILLAGE* (Official No.994536), her engines, tackle, equipment and appurtenances, and to detain the same in your custody pending further order of the Court.



CASE NO.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at ~~Ft. Lauderdale, Broward County~~, Florida, this _17_ day of February, 2000.

CLERK

_Susan Wishbath_
Deputy Clerk

Nils Linfors, Jr.
Florida Bar No. 193257
HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiff
9100 South Dadeland Boulevard
Suite 1001
Miami, Florida 33156
Telephone: (305)670-2525

ORDER: Warrant to issue for delivery to U.S. Marshal not later than Noon of next business day following issuance
☐ Not to be executed on legal holiday, weekend or after Noon of date preceding same.
☒ May be executed anytime or day

_Ursulalingaro Benage_
U.S. DISTRICT JUDGE

### SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within ten (10) days after process has been executed, and shall also be required to file an answer within twenty (20) days after the filing of his claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

