

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

CIV-UNGARO-BENAGES

Plaintiff,

vs.

MAGISTRATE JUDGE
BROWN

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

Defendants.
_____/

**ORDER GRANTING APPOINTMENT OF SUBSTITUTE CUSTODIAN**

THIS CAUSE came before the Court upon the Plaintiff BOEING EMPLOYEE'S CREDIT UNION's Motion for Appointment of Substitute Custodian. The Court having reviewed Plaintiff's Motion and being otherwise duly advised in the premises, it is:

ORDERED AND ADJUDGED that the U.S. Marshal for the Southern District of Florida be, and is, hereby authorized and directed forthwith to surrender the possession of the Defendant vessel to the Substitute Custodian, National Liquidators, Inc., and that upon such surrender the Marshal be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatever out of the said substituted possession and safekeeping;

That National Liquidators, Inc., be and the same is hereby appointed Custodian of the Defendant vessel to retain the same in its custody and control for safekeeping;

That all expenses for the safekeeping of the Defendant vessel shall be deemed administrative expenses of the Marshal

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of February, 2000.

*[signature]*
U. S. District Judge

Copies furnished to:

Nils Linfors, Jr.
Substitute custodian
United States Marshal's Office by Plaintiff's counsel
P.V. Global Village, O.N. 99453 and
Charles E. Thomas by Plaintiff's counsel