UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY



CASE NO. 00-6229 CIV-UNGARO-BENAGES

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

    Plaintiff,

vs.

MAGISTRATE JUDGE
BROWN

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

    Defendants.
_____/

### ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST

Pursuant to Supplemental Rule (C)(1) And Local Admiralty Rule C(2)(a), the Clerk is directed to issue a warrant of arrest of the pleasure vessel GLOBAL VILLAGE, O.N. 994536 in the above styled action.

IT IS SO ORDERED this ___16___ day of February, 2000.

            _____
            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Nils Linfors, Jr.
Substitute Custodian