

FILED by _____ D.C.
INTAKE

FEB 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY**

CASE NO.

00-6229

CIV-UNGARO-BENAGES

MAGISTRATE JUDGE
BROWN

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

        Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

        Defendants.

_____/

## ORDER AUTHORIZING SHIFTING OF VESSEL

THIS CAUSE came before the Court on Plaintiff's Motion for Leave to Shift the Vessel. The Court having reviewed Plaintiff's Motion and having otherwise considered the matter, it is:

ORDERED that Plaintiff's Motion for Leave to Shift Vessel is hereby GRANTED. The substitute custodian National Liquidators is hereby authorized to move the P/V GLOBAL VILLAGE, O.N. 994536 from its present location or the docks adjacent thereto to 1915 S.W. 21st Avenue, Ft. Lauderdale, FL or the docks adjacent thereto or elsewhere within the district as the substitute custodian deems proper and necessary in order to accommodate the orderly business of the Port and to maintain the vessel in safekeeping thereat during the pendency of this action.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this the _16_ day of February, 2000.

_Ursula Ungaro-Benages_
U.S. DISTRICT JUDGE

Copies furnished:
Nils Linfors, Jr.