| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>BOEING EMPLOYEE'S CREDIT UNION | COURT CASE NUMBER<br>00-6229-CIV-UUB |
|---|---|
| DEFENDANT<br>P/V GLOBAL VILLAGE and CHARLES THOMAS | TYPE OF PROCESS<br>Warrant of Arrest, In Rem |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
P/V GLOBAL VILLAGE, O. N. 994536

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Moored - 4 Sunset Lane, Pompano Beach, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nil Linfors, Esq.
HORR, LINFORS, SKIPP & NOVAK, P.A.
9100 S. Dadeland Blvd., Suite 1001
Miami, Florida 33156

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

P/V GLOBAL VILLAGE, O.N. 994536, 50' Yacht moored at private residence
4 Sunset Lane, Pompano Beach, FL

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER 305-670-2525   DATE 2/16/00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk   em | Date 2-17-00 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 2/18/00   Time   am / pm

Signature of U.S. Marshal or Deputy
William J Berry

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 160.00 | 9.60 | | 169.60 | | |

REMARKS: Seized vessel, video inventory, and turned over to substitute custodian Jason Lessnau of National Liquidators

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)