UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BE?
Magistrate Judge Brown

APR 0 6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

   Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

   Defendants.
_____/

### NOTICE OF FILING PROOF OF PUBLICATION OF ARREST

COMES NOW the Plaintiff, BOEING EMPLOYEE'S CREDIT UNION, by and through its undersigned attorneys and files the attached proofs of publication of the arrest of the Defendant pleasure vessel GLOBAL VILLAGE in the Broward Daily Business Review on March 14, 2000.

DATED this the 6 day of April, 2000.

      Respectfully submitted,

      NILS LINFORS, JR.
      Florida Bar No. 193257
      HORR, LINFORS, SKIPP & NOVAK, P.A.
      9100 South Dadeland Boulevard
      One Datran Center - Suite 1001
      Miami, Florida 33156
      Telephone: (305)670-2525
      Telefax: (305) 670-2526

# BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared
C.J. SAXON, who on oath says that she is the
ADMINISTRATIVE ASSISTANT, of the Broward Daily Business
Review f/k/a Broward Review, a newspaper
published at Fort Lauderdale, in Broward
County, Florida; that the attached copy of advertisement,
being a Legal Advertisement of Notice in the matter of

00-6229
NOTICE OF ACTION IN REM BOEING EMPLOYEE S CREDIT UNION
VS P/V GLOBAL VILLAGE, ET AL

in the U.S. DISTRICT    Court,
was published in said newspaper in the issues of

03/14/2000

Affiant further says that the said Broward Daily Business
Review is a newspaper published at Fort Lauderdale, in said
Broward County, Florida and that the said newspaper has
heretofore been continuously published in said Broward County,
Florida, and has been entered as second class mail matter at the post
office in Fort Lauderdale in said Broward County, Florida, for a
period of one year next preceding the first publication of the
attached copy of advertisement; and affiant further says that she has
neither paid nor promised any person, firm or corporation
any discount, rebate, commission or refund for the purpose
of securing this advertisement for publication in the said
newspaper.

Sworn to and subscribed before me this

14   day of MARCH       , A.D. 2000

_____

(SEAL)

C.J. SAXON personally known to me



Cora Herman
MY COMMISSION # CC702658 EXPIRES
March 10, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

---

**NOTICE OF ACTION IN REM AND ARREST OF VESSEL**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA IN ADMIRALTY
CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown
BOEING EMPLOYEES CREDIT UNION, a Washington corporation,
Plaintiff,
vs.
P/V GLOBAL VILLAGE, O.N. 994536, her engines tackle and appurtenances, in rem, and CHARLES E. THOMAS, in personam,
Defendants.

In accordance with Supplemental Rule C(4) for Certain Admiralty and Maritime claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C(4), notice is hereby given of the arrest of the vessel "GLOBAL VILLAGE" registered in the United States, Official No. 994536, on February 18, 2000 in accordance with a Warrant of Arrest issued on February 16, 2000.

Pursuant to Supplemental Rule C(6) and Local Admiralty Rule C(6), and person claiming an interest in the vessel and/or property shall file a claim with the Court not later than ten (10) days after process has been effected and shall file an answer within twenty (20) days from the date of filing their claim.

Dated this 9th day of March, 2000.

Respectfully submitted,
NILS LINFORS, JR.
Florida Bar No. 193257
HORR, LINFORS, SKIPP & NOVAK, P.A.
9100 South Dadeland Boulevard
One Datran Center - Suite 1001
Miami, Florida 33156
Telephone: (305) 670-2525
Telefax: (305) 670-2526
3/14          00-4-031401/31883B