UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

    Defendants.
_____/

## REQUEST FOR ENTRY OF DEFAULT
## AGAINST P/V GLOBAL VILLAGE, O.N. 994536 HER ENGINES, TACKLE, EQUIPMENT AND APPURTENANCES, AND CHARLES E. THOMAS

COMES NOW Plaintiff, BOEING EMPLOYEE'S CREDIT UNION, by and through its undersigned attorneys and request the Clerk of Court to enter default against the above-named Defendants and in support of this request submit the following:

1. On February 18, 2000 the United States Marshal arrested P/V GLOBAL VILLAGE, O.N. 994536 her engines, tackle, equipment and appurtenances, by serving a Warrant of Arrest on the vessels. The subject vessel was seized, inventory taken and turned over to the Court Appointed Substitute Custodian. (The Marshal's Return evidencing the foregoing is attached hereto and marked as Exhibit A.)

2. Plaintiff has given notice of the action to the Defendant, CHARLES E. THOMAS on February 18, 2000 by mailing a copy of the verified complaint and its attachments, advising the Defendant the Global Village had been arrested and was in the custody of the Court pleading sale of the vessel, by certified mail-return requested, attached hereto as Exhibit B.

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Page 2

3.  Defendant, CHARLES E. THOMAS, executed the return receipt on March 2, 2000, attached hereto as Exhibit C.

4.  Plaintiff again advised Defendant, CHARLES E. THOMAS on March 7, 2000, that neither the Court nor the Plaintiff had received a Claim of Owner nor any response to the verified complaint and advised CHARLES E. THOMAS that Plaintiff would move the Court for Default Judgement, attached hereto as Exhibit D.

5.  Defendant, CHARLES E. THOMAS, executed the return receipt on March 10, 2000, attached hereto as Exhibit E.

6.  Thereafter, and as a result of not receiving a Claim of Owner to the vessel within ten (10) days after the arrest of the vessel, as required by Supplemental Rule C, counsel for Plaintiff arranged for and affected the publication of the Notice of Arrest of the Vessel. (A copy of the Notice of Filing Proof of Publication is attached hereto as Exhibit F.)

7.  A certified copy of the U.S. Coast Guard Abstract of Title indicates at the time of filing Plaintiff's action on February 16, 2000, the owner of the P/V GLOBAL VILLAGE, O.N. 994536 was and is CHARLES E. THOMAS and the only recorded lien against P/V GLOBAL VILLAGE is the Plaintiff's First Preferred Mortgage, attached hereto and marked as Exhibit G.

8.  More than thirty (30) days have transpired since the arrest and attachment of the Defendant vessel and no responsive pleading of any nature whatsoever has been filed with the Clerk or served on counsel for the Plaintiff by or on behalf of the Defendant vessel or Defendant, CHARLES E. THOMAS.

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Page 3

WHEREFORE, Plaintiff requests the Clerk of Court enter default against the Defendant P/V GLOBAL VILLAGE, O.N. 994536 her engines, tackle, equipment and appurtenance and the Defendant CHARLES E. THOMAS.

Respectfully submitted,

*[signature]* 4/6/00

NILS LINFORS, JR.
Florida Bar No. 193257
HORR, LINFORS, SKIPP & NOVAK, P.A.
9100 South Dadeland Boulevard
One Datran Center - Suite 1001
Miami, Florida 33156
Telephone: (305)670-2525
Facsimile: (305) 670-2526

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>BOEING EMPLOYEE'S CREDIT UNION | COURT CASE NUMBER<br>00-6229-CIV-UUB |
|---|---|
| DEFENDANT<br>P/V GLOBAL VILLAGE and CHARLES THOMAS | TYPE OF PROCESS<br>Warrant of Arrest, In Rem |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
P/V GLOBAL VILLAGE, O. N. 994536

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Moored - 4 Sunset Lane, Pompano Beach, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nils Linfors, Esq.
HORR, LINFORS, SKIPP & NOVAK, P.A.
9100 S. Dadeland Blvd., Suite 1001
Miami, Florida 33156

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

P/V GLOBAL VILLAGE, O.N. 994536, 50' Yacht moored at private residence
4 Sunset Lane, Pompano Beach, FL

Signature of Attorney or other Originator requesting service on behalf of:   [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 305-670-2525   DATE: 2/16/00

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk  em. | Date 2-17-00 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service: 2/18/00   Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 16.00 | 7.60 | | 16.00 | | |

REMARKS: Seized Vessel, video inventory, and turned over to substitute custodian Jason Lessnau of National Liquidators.

NOTE   **EXHIBIT A**

Law Offices
## HORR, LINFORS, SKIPP & NOVAK, P.A.
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866

Robert B. Birthisel
William E. Crabill
David J. Horr
Nils Linfors, Jr.*
Patrick E. Novak
Jonathan W. Skipp
Stephanie H. Wylie
*Also admitted to Maryland Bar

Telephone: (305) 670-2525
Facsimile: (305) 670-2526
E-Mail: hlsn@admiral-law.com

Paralegal:
Sherrie Silber

February 18, 2000

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Mr. Charles Edward Thomas
1516 SE Beltway 8 #1913
Pasadena, Texas 77503

Re: Boeing Employees' Credit Union v. P/V GLOBAL VILLAGE, O.N. 994536, In Rem, and Charles E. Thomas, In Personam, Case No. 00-6229-CIV-UNGARO-BENAGES, U.S.D.C., Southern District of Florida
Acct No. 478360167
Our File No. 2873

Dear Mr. Thomas:

We represent Boeing Employee's Credit Union in the above-referenced First Preferred Mortgage foreclosure action on the vessel GLOBAL VILLAGE.

Enclosed please find a copy of the Verified Complaint in Admiralty, In Rem, pursuant to Rule 9(H) filed in this matter. Boeing Employee's Credit Union had to file this foreclosure action because you have breached the terms of the Mortgage and Promissory Note, which are attached to the enclosed Verified Complaint, by default. The vessel GLOBAL VILLAGE has been arrested by the U.S. Marshal pursuant to Court Order. The vessel will remain in the Court's custody until it is sold in accordance with the law.

It is suggested and recommended, you seek counsel to advise you in this matter.

The purpose of this letter is to advise you of the foreclosure action against GLOBAL VILLAGE and to serve the Verified Complaint on you, as the Complaint is against GLOBAL VILLAGE, In Rem and you, Charles E. Thomas, In Personam.

KINDLY BE GOVERNED ACCORDINGLY.

Very truly yours,

Nils Linfors, Jr.

NL:ir
Enclosure

EXHIBIT B

Z 243 685 312

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | Mr. Charles Jhavas |
|---|---|
| Street & Number | 1516 SE Beltway 8 #1913 |
| Post Office, State, & ZIP Code | Pasadena TX |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 2/18/00 |

PS Form 3800, April 1995

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HORR, LINFORS, SKIPP & NOVAK, P.A.
One Datran Center • Suite 1001
9100 S. Dadeland Boulevard
Miami, Florida 33156

Att: Nils Linfors

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*    B. Date of Delivery<br><br>C. Signature<br>X _Chas E Thomas_    ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>Mr. Charles E. Thomas<br>1516 SE Beltway 8<br>Suite 1913<br>Pasadena, TX 77503 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail ☐ Express Mail<br>  ☐ Registered ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>Z243 685 332 | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789



EXHIBIT
C

Law Offices<br>
**HORR, LINFORS, SKIPP & NOVAK, P.A.**<br>
One Datran Center, Suite 1001<br>
9100 South Dadeland Boulevard<br>
Miami, Florida 33156-7866

Robert B. Birthisel  
William E. Crabill  
David J. Horr  
Nils Linfors, Jr.*  
Patrick E. Novak  
Jonathan W. Skipp  
Stephanie H. Wylie  
*Also admitted to Maryland Bar

Telephone: (305) 670-2525  
Facsimile: (305) 670-2526  
E-Mail: hlsn@admiral-law.com

Paralegal:  
Sherrie Silber

March 7, 2000

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Mr. Charles Edward Thomas  
1516 SE Beltway 8 #1913  
Pasadena, Texas 77503

    Re:   Boeing Employees' Credit Union v. P/V GLOBAL VILLAGE,  
           O.N. 994536, In Rem, and Charles E. Thomas, In Personam,  
           Case No. 00-6229-CIV-UNGARO-BENAGES, U.S.D.C., So. Dist. of Fla.  
           Acct No. 478360167  
           Our File No. 2873

Dear Mr. Thomas:

    On February 18, 2000 we sent you a Certified Mail-Return Receipt Requested letter (copy enclosed) advising you that Boeing Employees' Credit Union filed a foreclosure action on the vessel GLOBAL VILLAGE because you defaulted by breaching the terms of the Mortgage and Promissory Note. The letter served a copy of the Verified Complaint on you. We advised you the vessel had been arrested by the U.S. Marshal and was in the custody of the Court. We suggested you seek counsel in this matter.

    We have received the Return Receipt signed by you on March 2, 2000.

    We have not received any response from you or your attorney, if any, regarding the foreclosure action. A Claim for Owner has not been received from you or filed with the Court within 10 days after the arrest of the vessel.

    The Abstract of Title received from the U.S. Coast Guard indicated the only recorded lien against the vessel GLOBAL VILLAGE is the Boeing Employees' Credit Union's First Preferred Mortgage.



Exhibit D

Mr. Charles E. Thomas
March 7, 2000
Page 2

 Since we have not received any response from you to claim ownership in the vessel or defend the allegations in the Complaint by answering the Verified Complaint within 20 days, Boeing Employees' Credit Union will move the Court for Default Judgement and Order of Sale for the GLOBAL VILLAGE.

 If you have any questions you are advised to seek counsel.

 KINDLY GOVERN YOURSELF ACCORDINGLY.

Very truly yours,

Nils Linfors, Jr.

NL:ir
Enclosure

---

Z 143 685 241

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do not use for International Mail (See reverse)

Sent to: Mr. Charles Thomas
Street: 1514 SE Bittway 8
Post Office, State, ZIP Code: Pasadena, Tx 77503

Postage | $
Certified Fee |
Special Delivery Fee |
Restricted Delivery Fee |
Return Receipt Showing to Whom & Date Delivered |
Return Receipt Showing to Whom, Date & Addressee's Address |
TOTAL Postage & Fees | $
Postmark or Date |

PS Form 3800, April 1995

Law Offices
## HORR, LINFORS, SKIPP & NOVAK, P.A.
One Datran Center, Suite 1001
9100 South Dadeland Boulevard
Miami, Florida 33156-7866

Robert B. Birthisel
William E. Crabill
David J. Horr
Nils Linfors, Jr.*
Patrick E. Novak
Jonathan W. Skipp
Stephanie H. Wylie
*Also admitted to Maryland Bar

Telephone: (305) 670-2525
Facsimile: (305) 670-2526
E-Mail: hlsn@admiral-law.com

Paralegal:
Sherrie Silber

February 18, 2000

### VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Mr. Charles Edward Thomas
1516 SE Beltway 8 #1913
Pasadena, Texas 77503

Re: Boeing Employees' Credit Union v. P/V GLOBAL VILLAGE, O.N. 994536, In Rem, and Charles E. Thomas, In Personam, Case No. 00-6229-CIV-UNGARO-BENAGES, U.S.D.C., Southern District of Florida
Acct No. 478360167
Our File No. 2873

Dear Mr. Thomas:

We represent Boeing Employee's Credit Union in the above-referenced First Preferred Mortgage foreclosure action on the vessel GLOBAL VILLAGE.

Enclosed please find a copy of the Verified Complaint in Admiralty, In Rem, pursuant to Rule 9(H) filed in this matter. Boeing Employee's Credit Union had to file this foreclosure action because you have breached the terms of the Mortgage and Promissory Note, which are attached to the enclosed Verified Complaint, by default. The vessel GLOBAL VILLAGE has been arrested by the U.S. Marshal pursuant to Court Order. The vessel will remain in the Court's custody until it is sold in accordance with the law.

It is suggested and recommended, you seek counsel to advise you in this matter.

The purpose of this letter is to advise you of the foreclosure action against GLOBAL VILLAGE and to serve the Verified Complaint on you, as the Complaint is against GLOBAL VILLAGE, In Rem and you, Charles E. Thomas, In Personam.

KINDLY BE GOVERNED ACCORDINGLY.

Very truly yours,

Nils Linfors, Jr.

NL:ir
Enclosure



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Holland & Knight, Skipp & Nevak
One Datran Center, Suite 1001
9100 S. Dadeland Blvd.
Miami, Florida 33156
attn: Nils

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X _Chas E Thomas_ ☐ Agent ☑ Addressee | |
| 1. Article Addressed to:<br><br>Mr. Charles Thomas<br>1514 SE Beltway 8<br># 1913<br>Pasadena, Texas<br>77503 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number (Copy from service label) | | |

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789



EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

       Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

       Defendants.
_____/

## NOTICE OF FILING PROOF OF PUBLICATION OF ARREST

COMES NOW the Plaintiff, BOEING EMPLOYEE'S CREDIT UNION, by and through its undersigned attorneys and files the attached proofs of publication of the arrest of the Defendant pleasure vessel GLOBAL VILLAGE in the Broward Daily Business Review on March 14, 2000.

DATED this the 6th day of April, 2000.

Respectfully submitted,

_____
NILS LINFORS, JR.
Florida Bar No. 193257
HORR, LINFORS, SKIPP & NOVAK, P.A.
9100 South Dadeland Boulevard
One Datran Center - Suite 1001
Miami, Florida 33156
Telephone: (305)670-2525
Telefax: (305) 670-2526

EXHIBIT F

# BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared
C.J. SAXON, who on oath says that she is the
ADMINISTRATIVE ASSISTANT, of the Broward Daily Business
Review f/k/a Broward Review, a newspaper
published at Fort Lauderdale, in Broward
County, Florida; that the attached copy of advertisement,
being a Legal Advertisement of Notice in the matter of

00-6229
NOTICE OF ACTION IN REM  BOEING EMPLOYEE S CREDIT UNION
VS  P/V GLOBAL VILLAGE, ET AL

in the  U.S. DISTRICT     Court,
was published in said newspaper in the issues of

03/14/2000

Affiant further says that the said Broward Daily Business
Review is a newspaper published at Fort Lauderdale, in said
Broward County, Florida and that the said newspaper has
heretofore been continuously published in said Broward County,
Florida and has been entered as second class mail matter at the post
office in Fort Lauderdale in said Broward County, Florida, for a
period of one year next preceding the first publication of the
attached copy of advertisement; and affiant further says that she has
neither paid nor promised any person, firm or corporation
any discount, rebate, commission or refund for the purpose
of securing this advertisement for publication in the said
newspaper.

*(signed) C J Saxon*

Sworn to and subscribed before me this

14   day of MARCH          , A.D.  2000

*(signed) Cora Herman*

(SEAL)

C.J. SAXON personally known to me



Cora Herman
MY COMMISSION # CC702658 EXPIRES
March 10, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

---

**NOTICE OF ACTION
IN REM AND ARREST
OF VESSEL**
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA IN ADMIRALTY
CASE NO. 00-6229-CIV-UN-GARO-BENAGES
Magistrate Judge Brown
BOEING EMPLOYEE'S CREDIT UNION, a Washington corporation,
Plaintiff,
vs.
P/V GLOBAL VILLAGE, O.N. 994536, her engines tackle and appurtenances, In rem, and CHARLES E. THOMAS, In personam,
Defendants.

In accordance with Supplemental Rule C(4) for Certain Admiralty and Maritime claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C(4), notice is hereby given of the arrest of the vessel "GLOBAL VILLAGE" registered in the United States. Official No. 994536, on February 18, 2000 in accordance with a Warrant of Arrest issued on February 16, 2000.

Pursuant to Supplemental Rule C(6) and Local Admiralty Rule C(6), and person claiming an interest in the vessel and/or property shall file a claim with the Court not later than ten (10) days after process has been effected and shall file an answer within twenty (20) days from the date of filing their claim.

Dated this 9th day of March, 2000.
   Respectfully submitted,
   NILS LINFORS, JR.
   Florida Bar No. 193257
   HORR, LINFORS, SKIPP & NOVAK, P.A.
   9100 South Dadeland Boulevard
   One Datran Center - Suite 1001
   Miami, Florida 33156
   Telephone: (305) 670-2525
   Telefax: (305) 670-2526
3/14        00-4-031401/318838

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (REV. 9-92) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 1 RECORD AT SEATTLE, WA: | OFFICIAL NO. 994536 |
|---|---|---|

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| PM | 100% | 27 Jul 1993 | $250,005.00 | 93-8 | 282 |

| FILED PORT | DATE | TIME | DATE ~~TERMINATED~~ RECORDED |
|---|---|---|---|
| Seattle, WA | 30 July 1993 | 2:40 P.M. | 10:15 A.M., 18 Aug 1993 |

**GRANTOR**

Charles Edward Thomas

**GRANTEE**

Boeing Employees' Credit Union

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FILED PORT | | DATE | TIME | | DATE TERMINATED |

**GRANTOR**

**GRANTEE**

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FILED PORT | | DATE | TIME | | DATE TERMINATED |

**GRANTOR**

**GRANTEE**

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FILED PORT | | DATE | TIME | | DATE TERMINATED |

**GRANTOR**

**GRANTEE**

[X] ISSUED AS AN ABSTRACT OF TITLE    [ ] ~~ISSUED FOR CHANGE OF PORT OF RECORD~~

DATE: 3 16 00   TIME: [illegible]
PORT: [illegible]   PAGE 2 OF 2

[signature] DOCUMENTATION OFFICER

**EXHIBIT G**

PREVIOUS EDITION OBSOLETE        *U.S. Government Printing Office: 1992 — 312-673/62947        SN 7530-01-GF3-2260

DEPARTMENT OF
TRANSPORTATION
U.S. COAST GUARD
CG-1332 (Rev. 5-82)

# GENERAL INDEX OR ABSTRACT OF TITLE

(1) GLOBAL VILLAGE
  (Name of vessel)
(2) ..........
  (Rig)
(3) 994536
  (Official number)
(4) ..........
  (Former home port)

This vessel was built at Mora, Minnesota U.S.A. in 1993 of FRP by Bluewater Marine for Charles Edward Thomas — 100% as appears by Builder's Certification of Allen O. Hagen, Supervisor of Construction.

RECORD AT SEATTLE, WASHINGTON:

| GRANTOR | GRANTEE | Kind of instrument and port conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | DATE & TIME OF FILING, Issuing endorsement of sale, or approval of home port Recorded | Port where endorsed |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

OMB APPROVED 2115-0110