UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, In rem,
and CHARLES E. THOMAS, In personam,

    Defendants.
_____/



## CLERK'S DEFAULT

It appears that the Defendants herein, P/V GLOBAL VILLAGE, O.N. 994536, In Rem and CHARLES E. THOMAS, In Personam, are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against Defendants P/V GLOBAL VILLAGE, O.N. 994536, In Rem and CHARLES E. THOMAS, In Personam, as of course, this ___17___ day of April, 2000.

CLARENCE MADDOX
CLERK OF COURT

By: _____Tammy Blakely_____
    Deputy Clerk