UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6229-CIV-UNGARO-BENAGES

BOEING EMPLOYEE'S CREDIT
UNION,
    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances, *in rem*
and CHARLES E. THOMAS,
    Defendants.
_____/



FILED by CN D.C.

MAY 0 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file.

On April 17, 2000, upon Plaintiff's motion, the Clerk entered default against Defendants for failure to appear, answer or otherwise respond to the Complaint. A review of the record reveals that as of the date of this Order, Plaintiff has failed to move for final default judgment. Accordingly, it is hereby

ORDERED AND ADJUDGED that no later than May 15, 2000, Plaintiff shall file a written response showing good cause why Plaintiff has failed to move for final default judgment. Plaintiff may comply with this Order by filing a proper motion for default judgment no later than May 15, 2000.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of May, 2000.

                    URSULA UNGARO-BENAGES
                    UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record