UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6229-CIV-UNGARO-BENAGES

BOEING EMPLOYEE'S CREDIT
UNION,
    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N
994536, her engines, tackle and appurtenances,
*in rem*, and CHARLES E. THOMAS,
    Defendants.
_____/

FILED by CV D.C.
MAY 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Notice of Filing Chapter 7 Bankruptcy by Defendant Charles E. Thomas, filed May 15, 2000 and Plaintiff's Response to Court Order, filed May 18, 2000.

THE COURT has considered the Notice and Response, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that this case is STAYED as to Defendants pursuant to the Notice. The case will remain stayed until the Court is notified that Defendants are no longer subject to the Bankruptcy Code's automatic stay provision.

DONE AND ORDERED in Chambers at Miami, Florida, this /9 day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record