UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6229-CIV-UNGARO-BENAGES

BOEING EMPLOYEE'S CREDIT
UNION,
    Plaintiff,
vs.

P/V GLOBAL VILLAGE, O.N.
994536, her engines, tackle and
appurtenances, *in rem* and
CHARLES E. THOMAS,
    Defendants.
_____/


FILED by _____ D.C.
MAY 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon *sua sponte* review of the record.

It is hereby ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. It is further

ORDERED AND ADJUDGED that all pending motions in this case are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE