UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

        Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances,
In rem, and CHARLES E. THOMAS,
In personam,

        Defendants.

_____/

**NOTICE OF FILING ORDER GRANTING PLAINTIFF BOEING EMPLOYEES'
CREDIT UNION'S MOTION FOR LIFT OF AUTOMATIC STAY IN
UNITED STATES BANKRUPTCY COURT, HOUSTON, TEXAS**

COMES NOW, the Plaintiff, BOEING EMPLOYEES' CREDIT UNION, by and through

its undersigned counsel and files this Notice of Filing the Bankruptcy Court's Order granting

Plaintiff Boeing Employee's Credit Union's Motion for Lift of Automatic Stay which was filed with

the United States Bankruptcy Court, Southern District of Texas (Houston) in Case No. 00-33165,

In Re: Charles E. Thomas, Debtor. The Bankruptcy Court's Order entered on August 21, 2000,

provides that the Unites States District Court for the Southern District of Florida may proceed with

the foreclosure action and sale of the motor vessel Global Village and in the event the vessel sale

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Page 2

exceeds the value of Boeing Employee's Credit Union's preferred maritime lien, the proceed shall

be deposited in the Bankruptcy Court.

Respectfully submitted,

NILS LINFORS, JR.
Florida Bar No. 193257

HORR, NOVAK & SKIPP, P.A.
Attorneys for Plaintiff
9100 South Dadeland Boulevard
One Datran Center - Suite 1104
Miami, Florida 33156
Telephone: (305)670-2525
Fax: (305) 670-2526

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _11_

day of September, 2000 to: Charles E. Thomas, 1516 SE Beltway 8, #1913, Pasadena, Texas 77503

and Lowell T. Cage, Esq., 5851 San Felipe, Suite 950, Houston, Texas 77057, (Trustee), and Ronald

D. Haddox, Esq., 1215 N. Pruett, Baytown, Texas 77520 (Attorney for Debtor).

NILS LINFORS, JR.
Florida Bar No. 193257

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS (HOUSTON)

CASE NO. 00-33165

IN RE:

CHARLES E. THOMAS

Debtor.

United States Courts
Southern District of Texas
ENTERED

AUG 2 1 2000

Michael N. Milby, Clerk of Court

### ORDER

THIS CAUSE came before the Court on Creditor BOEING EMPLOYEE'S CREDIT UNION's Motion for Lift of Automatic Stay. The Court having considered the Motion for Lift of Automatic Stay and having been advised that no interested parties have filed timely objections to the Motion and being otherwise duly advised in the premises, does hereby

ORDER AS FOLLOWS:

1.    Creditor, BOEING EMPLOYEES' CREDIT UNION's Motion for Lift of Automatic Stay is hereby GRANTED. The United States District Court for the Southern District of Florida may proceed with the foreclosure action and sale of the motor vessel *GLOBAL VILLAGE* and in the event the vessel sale exceeds the value of BOEING EMPLOYEES' CREDIT UNION'S preferred maritime lien the proceeds shall be deposited with this Court.

DONE AND ORDERED this ___18___ day of ___Aug___, 2000.

_____
U.S. BANKRUPTCY JUDGE

Copies furnished to:

√ Charles E. Thomas, 1516 SE Beltway, 8 #1913, Pasadena, Texas 77503
√ Lowell T. Cage, Esq., Trustee, 5851 San Felipe, Suite 950, Houston, Texas 77057
√ Ronald D. Haddox, Esq., Attorney for Debtor, 1215 N. Pruett Baytown, Texas 77520
√ Safe Co. Insurance Company, P.O. Box 34920, Seattle, Washington 98124
√ SeaFirst Bank, P.O. Box 84000, Seattle, Washington, 98184
√ Nils Linfors, Jr., Esq., 9100 S. Dadeland Blvd, Suite 1104, Miami, Fl 33165

14