UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6229-CIV-UNGARO-BENAGES

BOEING EMPLOYEE'S CREDIT
UNION,
    Plaintiff,
vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances,
*in rem*, and CHARLES E. THOMAS,
    Defendants.
_____/

FILED by _____ D.C.
OCT 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Notice of Filing Order Granting Plaintiff Boeing Employee's Credit Union's Motion for Lift of Automatic Stay in United States Bankruptcy Court, Houston, Texas and Motion for Default Judgment and Order of Sale of Vessel, both filed September 14, 2000.

THE COURT has considered the Notice and Motion, the lack of response, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that his case is REOPENED. It is further

ORDERED AND ADJUDGED that the Motion is GRANTED. No later than October 11, 2000, Plaintiff shall submit a proposed order for default judgment and sale of vessel.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of October, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

Charles E. Thomas
1516 SE Beltway 8
#1913
Pasadena, TX 77503