UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances,
In rem, and CHARLES E. THOMAS,
In personam,

    Defendants.
_____/

### NOTICE OF COMPLIANCE WITH COURT ORDER

COMES NOW, the Plaintiff, BOEING EMPLOYEES' CREDIT UNION, by and through its undersigned counsel and respectfully files its Notice of Compliance with the Court Order of October 3, 2000, and files the attached proposed Final Judgment and Order of Sale of Vessel.

Respectfully submitted,

NILS LINFORS, JR.
Florida Bar No. 193257

HORR, NOVAK & SKIPP, P.A.
Attorneys for Plaintiff
9100 South Dadeland Boulevard
One Datran Center - Suite 1104
Miami, Florida 33156
Telephone: (305) 670-2525
Fax: (305) 670-2526

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.1

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown
PAGE 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _11_ day of October, 2000 to: Charles E. Thomas, 1516 SE Beltway 8, #1913, Pasadena, Texas 77503.

                                                NILS LINFORS, JR.
                                                Florida Bar No. 193257

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

        Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances,
In rem, and CHARLES E. THOMAS,
In personam,

        Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Judgment. The Court having reviewed the record, entered an Order granting Plaintiff's Motion for Default Judgment and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

Plaintiff, BOEING EMPLOYEES' CREDIT UNION shall recover from the Defendant pleasure vessel *GLOBAL VILLAGE*, O.N. 994536, her engines, tackles, equipment and appurtenances, in rem, the sum of One Hundred Eighty-One Thousand Four Hundred Forty-Six and 99/100 ($181,446.99) dollars, together with accruing interest from January 31, 1999 at 6% interest, per annum, FOR WHICH LET EXECUTION ISSUE.

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown
PAGE 2

This Court retains jurisdiction to assess an award, if appropriate, of interest, attorney's fees and costs at a later date.

DONE AND ORDERED at Miami, Florida this _____ day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Nils Linfors, Jr., Esq.
Charles E. Thomas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

        Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances,
In rem, and CHARLES E. THOMAS,
In personam,

        Defendants.
_____/

## ORDER FOR SALE OF VESSEL

THIS CAUSE came before the Court upon Plaintiff's Motion for Order for Sale of the pleasure vessel *GLOBAL VILLAGE*, O.N. 994536 now in the custody of the United States Marshal for the Southern District of Florida. Final Judgment having been entered in this action against the Defendant pleasure vessel, no claim of owner having been filed or provision made for posting of security and release of the aforementioned motor yacht, and the Bankruptcy Court for the Southern District of Texas (Houston) has lifted the automatic stay, it is thereupon:

ORDERED AND ADJUDGED;

1. Plaintiff's Motion for Order for Sale of the pleasure vessel *GLOBAL VILLAGE*, O.N. 994536, her engines, tackle, equipment and appurtenances, be and the same is hereby GRANTED.

2. The Clerk of Court shall issue a Writ of Venditioni Exponas to the United States Marshal of this District for the sale of the pleasure vessel *GLOBAL VILLAGE*, O.N. 994536

registered under the laws of the United States. The United States Marshal for the Southern District of Florida shall forthwith advertise and sell the pleasure vessel *GLOBAL VILLAGE*, O.N. 994536 after publication of the Notice of Sale as required by the Rules of this Court.

IT IS FURTHER ORDERED;

3. That the Plaintiff BOEING EMPLOYEES' CREDIT UNION and is hereby permitted to bid up to the amount if its judgment and Plaintiff shall not be required to pay the amount of its bid up to the amount of its judgment nor make any deposit to secure its bid, up to the amount of its judgment pending confirmation of the sale. All bids, other than noticed herein, shall be for cash.

IT IS FURTHER ORDERED;

4. That the United States Marshal, at the request of any interest person, shall grant permission to said person to examine and survey the *P/V GLOBAL VILLAGE*, O.N. 994536 during the daylight hours, Monday through Saturday, between the hereof and the date of said sale, provided that the same shall be done at the sole risk and expense of any said persons.

DONE AND ORDERED at Miami, Dade County, Florida this ____ day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Nils Linfors, Jr., Esq.
Charles E. Thomas