UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

    Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances,
In rem, and CHARLES E. THOMAS,
In personam,

    Defendants.
_____/



FILED by _____ D.C.

OCT 12 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Judgment. The Court having reviewed the record, entered an Order granting Plaintiff's Motion for Default Judgment and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

Plaintiff, BOEING EMPLOYEES' CREDIT UNION shall recover from the Defendant pleasure vessel *GLOBAL VILLAGE*, O.N. 994536, her engines, tackles, equipment and appurtenances, in rem, the sum of One Hundred Eighty-One Thousand Four Hundred Forty-Six and 99/100 ($181,446.99) dollars, together with accruing interest from January 31, 1999 at 6% interest, per annum, FOR WHICH LET EXECUTION ISSUE.

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown
PAGE 2

This Court retains jurisdiction to assess an award, if appropriate, of interest, attorney's fees and costs at a later date.

DONE AND ORDERED at Miami, Florida this _____ day of October, 2000.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Nils Linfors, Jr., Esq.
Charles E. Thomas