**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances,
<u>In rem</u>, and CHARLES E. THOMAS,
<u>In personam</u>,

Defendants.
_____/



FILED by _____ D.C.

OCT 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## <u>ORDER FOR SALE OF VESSEL</u>

THIS CAUSE came before the Court upon Plaintiff's Motion for Order for Sale of the

pleasure vessel *GLOBAL VILLAGE*, O.N. 994536 now in the custody of the United States Marshal

for the Southern District of Florida. Final Judgment having been entered in this action against the

Defendant pleasure vessel, no claim of owner having been filed or provision made for posting of

security and release of the aforementioned motor yacht, and the Bankruptcy Court for the Southern

District of Texas (Houston) has lifted the automatic stay, it is thereupon:

ORDERED AND ADJUDGED;

1.      Plaintiff's Motion for Order for Sale of the pleasure vessel *GLOBAL VILLAGE*, O.N.

994536, her engines, tackle, equipment and appurtenances, be and the same is hereby GRANTED.

2.      The Clerk of Court shall issue a Writ of Venditioni Exponas to the United States

Marshal of this District for the sale of the pleasure vessel *GLOBAL VILLAGE*, O.N. 994536

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown
PAGE 2

registered under the laws of the United States. The United States Marshal for the Southern District of Florida shall forthwith advertise and sell the pleasure vessel *GLOBAL VILLAGE*, O.N. 994536 after publication of the Notice of Sale as required by the Rules of this Court.

IT IS FURTHER ORDERED;

3.      That the Plaintiff BOEING EMPLOYEES' CREDIT UNION and is hereby permitted to bid up to the amount of its judgment and Plaintiff shall not be required to pay the amount of its bid up to the amount of its judgment nor make any deposit to secure its bid, up to the amount of its judgment pending confirmation of the sale. All bids, other than noticed herein, shall be for cash.

IT IS FURTHER ORDERED;

4.      That the United States Marshal, at the request of any interest person, shall grant permission to said person to examine and survey the *P/V GLOBAL VILLAGE*, O.N. 994536 during the daylight hours, Monday through Saturday, between the hereof and the date of said sale, provided that the same shall be done at the sole risk and expense of any said persons.

DONE AND ORDERED at Miami, Dade County, Florida this *13* day of October, 2000.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Nils Linfors, Jr., Esq.
Charles E. Thomas