UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown



BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

        Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances,
<u>In rem</u>, and CHARLES E. THOMAS,
<u>In personam</u>,

        Defendants.

_____/

## MOTION FOR CONFIRMATION OF SALE

The Plaintiff, BOEING EMPLOYEES' CREDIT UNION, by and through its undersigned counsel moves this Court for the entry of an order confirming the sale of the P/V *GLOBAL VILLAGE*, O.N. 994536 to the highest bidder BOEING EMPLOYEES' CREDIT UNION and in support thereof certify the following:

1. **Date of Sale**: In accordance with the Court's previous Order of Sale, Plaintiff represents that the sale of the P/V *GLOBAL VILLAGE*, O.N. 994536 was conducted by the United States Marshal on December 19, 2000. At said sale, BOEING EMPLOYEES' CREDIT UNION bid of $85,00.00 was the highest bid made and is a reasonable price for the P/V *GLOBAL VILLAGE*, O.N. 994536 in its present condition.

2. **Last Day for Filing Objections**:  Pursuant to Local Admiralty Rule E(17)(g)(1),



HORR, NOVAK & SKIPP, P.A.
SUITE 1104 - ONE DATRAN CENTER - 9100 S. DADELAND BOULEVARD - MIAMI, FLORIDA 33156 - TEL. (305) 670-2525

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown
PAGE 2

the last day of filing objections to the sale is December 21, 2000.

3. **Survey of Court Records:** Plaintiff has surveyed the docket and records of this case and has confirmed that as of December 22, 2000, there were no objections to the sale on file with the Clerk of Court.

Therefore, in light of the facts presented above, Plaintiff requests the Clerk to enter a confirmation of sale and transmit the confirmation to the Marshal for processing.

DATED at Miami, Florida this 22nd day of December 2000.

Respectfully submitted,

_____
NILS LINFORS, JR.
Florida Bar No. 193257

HORR, NOVAK & SKIPP, P.A.
Attorneys for Plaintiff
9100 South Dadeland Boulevard
One Datran Center - Suite 1104
Miami, Florida 33156
Telephone: (305)670-2525
Telefax: (305) 670-2526

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22 day of December, 2000 to: Charles E. Thomas, 1516 SE Beltway 8, #1913, Pasadena, Texas 77503.

_____
NILS LINFORS, JR.
Florida Bar No. 193257