# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### IN ADMIRALTY

CASE NO. 00-6229-CIV-UNGARO-BENAGES
Magistrate Judge Brown

BOEING EMPLOYEE'S CREDIT
UNION, a Washington corporation,

        Plaintiff,

vs.

P/V GLOBAL VILLAGE, O.N. 994536,
her engines, tackle and appurtenances,
<u>In rem</u>, and CHARLES E. THOMAS,
<u>In personam</u>,

        Defendants.

_____/

## NOTICE OF FILING

COMES NOW, the Plaintiff, BOEING EMPLOYEES' CREDIT UNION, by and through

its undersigned counsel and files this Notice of Filing the U.S. Marshal's Process Receipt and Return

in support of Motion for Confirmation of Sale.

Respectfully submitted,

(for) NILS LINFORS, JR.
Florida Bar No.  193257

HORR, NOVAK & SKIPP, P.A.
Attorneys for Plaintiff
9100 South Dadeland Boulevard
One Datran Center - Suite 1104
Miami, Florida 33156
Telephone:  (305)670-2525
Fax: (305) 670-2526

CASE NO. 00-6229-CIV-UNGARO-BENAGES

Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _8th_

day of January 2001: Charles E. Thomas, 1516 SE Beltway 8, #1913, Pasadena, Texas 77503.

NILS LINFORS, JR.
Florida Bar No. 193257

**PROCESS RECEIPT AND RETURN**

U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Boeing Employee's Credit Union | 00-6229-Civ-UUB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| P/V Global Village | Order for Sale |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

P/V Global Village

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nil Linfors, Esq.
Horr, Linfors, Skipp & Novak
9100 S. Dadeland Blvd., Ste 1001
Miami, FL 33156

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                    Fold

SALE: TUESDAY, DECEMBER 19, 2000
12:00 NOON
BROWARD COUNTY COURTHOUSE
FT. LAUDERDALE, FL

| Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk cm | Date 11/28/00 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service 12/9/ | Time 12:10 ☐ am ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: **Partially executed the Order for Sale by advertising the Notice of U.S. Marshals Sale in the Broward Daily News on 12/12/00 & 12/15/00 for sale to be held on Tuesday, December 19, 2000 at 12:00 Noon at the Broward County Courthouse, Ft. Lauderdale, FL.** Sold to Attorney for Plaintiff, Mr. Nils Linfors, for $85,000.

NOTE

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)