UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

**CLERK'S CONFIRMATION OF SALE**

| | |
|---|---|
| Boeing Employee's Credit Union, | CASE NO. 00-6229 civ Ungaro-Benages |
| Plaintiff(s), | |
| v. | |
| P/V Global Village, O.N.994536, her engines, tackle and appurtenances, In rem, | |
| Defendant(s). | |

FILED by _____ D.C.
Jan 8, 2001
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

The records in this action indicate that no objection has been filed to the sale of property conducted by the U.S. Marshal on 12/19/00.

THEREFORE, in accordance with Local Admiralty Rule E(17)(f), the sale shall stand confirmed as of 12/19/00.

DONE at Ft. Lauderdale, Florida, Florida, January 8, 2001

CLARENCE MADDOX
Clerk of Court

By: _____
Deputy Clerk

cc: U.S. Marshal (2 certified copies)
    Counsel of record